LAURA E. DUFFY
United States Attorney
Katherine L. Parker
Assistant U.S. Attorney
California Bar No. 222629
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-7634
Fax: 619-546-7751
Email: Katherine.parker@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES JUSTICE FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN BURNS, in his capacity as a Veterans Benefits Administration FOIA Officer; U.S. DEPARTMENT OF VETERANS AFFAIRS; VETERANS BENEFITS ADMINISTRATION,<br><br>Defendants. | Case No.: 13-cv-0945-MMA-NLS<br><br>**ANSWER** |

Defendants answer the numbered paragraphs of Plaintiff's Complaint as follows:

1. Answering Paragraph 1 of the Complaint, Defendants state that said paragraph contains jurisdictional allegations which present legal conclusions and questions of law to be determined solely by the Court, to which no answer is required. To the extent an answer is required, said allegations are denied.

2. Answering Paragraph 2 of the Complaint, Defendants state that said paragraph contains jurisdictional allegations which present legal conclusions and questions of

law to be determined solely by the Court, to which no answer is required. To the extent an answer is required, said allegations are denied.

3. Answering Paragraph 3 of the Complaint, Defendants respond that they are without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, deny generally and specifically each, all and every allegation contained therein.

4. Answering Paragraph 4 of the Complaint, Defendants admit that the Department of Veterans Affairs is an agency of the United States headquartered at 810 Vermont Avenue NW, Washington, D.C., and that the Veterans Benefits Administration is an entity within the Department of Veterans Affairs. Defendant Sean Burns is not an officer with the Department of Veterans Affairs and is not a proper Defendant in this FOIA action.

5. Answering Paragraph 5 of the Complaint, Defendants admit only that Plaintiff submitted a Freedom of Information Act request to Defendants. To the extent not expressly admitted, Defendants deny each, all, and every remaining allegation in said Paragraph.

6. Answering Paragraph 6 of the Complaint, Defendants deny the allegations therein.

7. Answering Paragraph 7 of the Complaint, Defendants deny the allegations therein.

8. Answering Paragraph 8 of the Complaint, Defendants deny the allegations therein.

9. Answering Paragraph 9 of the Complaint, Defendants reallege Paragraphs 1-8 of their answers to Paragraphs 1-8 of Plaintiff's Complaint, and by this reference incorporate them herein as though set forth in full.

10. Answering Paragraph 10 of the Complaint, Defendants deny the allegations therein.

11. Answering Paragraph 11 of the Complaint, Defendants deny the allegations

therein.

Answering Plaintiff's Prayer for Relief, Defendants deny that Plaintiff is entitled to any of the relief requested or any other relief.

## **AFFIRMATIVE DEFENSES**

1. The court lacks jurisdiction over the subject matter.

2. The action is moot because Defendants have complied with Plaintiff's Freedom of Information Act request.

3. The Court lacks jurisdiction over Defendant Sean Burns, who as an individual is not a proper Defendant in this FOIA action.

Wherefore, Defendants pray that Plaintiff take nothing by this Complaint, that judgment be rendered in favor of Defendants, for costs of suit included herein, and for all other relief that the Court deems proper.

DATED:   July 5, 2013                    Respectfully submitted,

                                         LAURA E. DUFFY
                                         United States Attorney


                                          s/ Katherine L. Parker
                                         KATHERINE L. PARKER
                                         Assistant United States Attorney
                                         Attorneys for Defendants