# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES JUSTICE FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN BURNS, in his capacity as a Veterans Benefits Administration FOIA Officer; U.S. DEPARTMENT OF VETERANS AFFAIRS; VETERANS BENEFITS ADMINISTRATION,<br><br>Defendants. | Case No.: 13-cv-0945-MMA-NLS<br><br><br><br>**PROOF OF SERVICE** |

I, Katherine L. Parker, declare as follows:

I am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action. On July 5, 2013, I filed the following document in the Court's electronic filing system:

Answer to Complaint

The above filing also automatically notifies the following individuals via email:

Nathaniel Oleson, Counsel for Plaintiff, njoleson@gmail.com.

Executed on July 5, 2013          s/ Katherine L. Parker
                                           Katherine L. Parker